Law Offices of Tracy T. Woo
Tracy T. Woo, (SBN 310384)
777 E. Tahquitz Canyon Way, Suite 200-138
Palm Springs, CA 92262
Telephone: (760) 851-0901
Email: Tracywoolaw@icloud.com

Attorney for Plaintiff Amy Cox

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY COX, an individual, | ) Case No.  5:17-CV-001580 JGB (SPx) |
| Plaintiff, | ) |
| vs. | ) LIS PENDENCE NOTICE |
| LB LENDING, LLC, a Nevada limited liability company; and MACOY CAPITAL PARTNERS, INC., a California corporation, | ) |
| Defendants. | ) |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 18, 2018, the attached Notice of Pendency of Action, pursuant to California Civil Procedure §§ 405 et seq., was recorded with the County of Riverside.

Dated:  December 19, 2017          Law Offices of Tracy T. Woo

/s/ Tracy T. Woo_____
Attorney for Plaintiff

1