**2017-0530220**

12/18/2017 04:25 PM Fee: $ 21.00

Page 1 of 3

Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**RECORDING REQUESTED BY:**

Tracy T. Woo, Esq.

**WHEN RECORDED MAIL TO:**
The Law Offices of Tracy T. Woo
777 E. Tahquitz Canyon Way, Suite 200-138
Palm Springs, CA 92262

805

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Law Offices of Tracy T. Woo
Tracy T. Woo, (SBN 310384)
777 E. Tahquitz Canyon Way, Suite 200-138
Palm Springs, CA 92262
Telephone: (760) 851-0901
Email: Tracywoolaw@icloud.com

Attorney for Plaintiff Amy Cox

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

AMY COX, an individual,

    Plaintiff,

   vs.

LB LENDING, LLC, a Nevada limited liability company; and MACOY CAPITAL PARTNERS, INC., a California corporation,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  5:17-CV-001580 JGB (SPx)

NOTICE OF PENDENCY OF ACTION

[Cal. Civ. Pro. §§ 405 et seq.]

NOTICE IS HEREBY GIVEN that the above-entitled action concerning and affecting real property located at 319 Westlake Terrace, Palm Springs, CA 92264

1

as further described herein was commenced on August 4, 2017, in the above-entitled Court by Plaintiff, Amy Cox, against Defendants, LB Lending, LLC and Macoy Capital Partners, Inc., (collectively, "Defendants").

The action includes a cause of action that Defendants, under 15 U.S.C. § 1635(b), must surrender to Plaintiff the deed of trust for real property as described below and therefore have no right to transfer said deed of trust to any other party but Plaintiff. The action also includes a cause of action that Defendants have failed to follow the requirements under California Civil Code §§ 2923 and 2924, and therefore the Notice of Default and Notice of Trustee Sale are defective.

The real property affected by the action is located in Riverside, California, and is described as follows: Assessors Parcel Number (APN): 681-040-032-0

THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:
LOT 32 OF TRACT NO. 3745, IN THE CITY OF PALM SPRINGS, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 61, PAGES 6 THROUGH 8, INCLUSIVE OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

PARCEL 2:
AN UNDIVIDED 1/40th INTEREST IN LOT 41 OF TRACT NO. 3745, AS SHOWN BY MAP ON FILE IN BOOK 61, PAGES 6 AND 8, INCLUSIVE, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

Dated: December 18, 2017                    Law Offices of Tracy T. Woo


_____
Attorney for Plaintiff

NOTARY ACKNOWLEDGMENT ATTACHED

2

ACKNOWLEDGEMENT OF NOTARY PUBLIC

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF RIVERSIDE

On this 18th day of December, 2017, before me, _T. Hazher_____, a Notary Public, in and for said County and State, personally appeared Tracy T. Woo, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public



T. HAZHER
Notary Public – California
Riverside County
Commission # 2211102
My Comm. Expires Sep 20, 2021

1