# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV17-1580-JGB(SPx) | Date | May 21, 2018 |
| Title | *Amy Cox v. LB Lending, LLC et al* | | |

Present: The Honorable **JESUS G. BERNAL, U.S. DISTRICT JUDGE**

| Maynor Galvez | Adele C. Frazier |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Tracy T. Woo | Paul J. Sievers |

**Proceedings:** MOTION TO REMAND CASE TO RIVERSIDE SUPERIOR COURT [65]
MOTION FOR RECONSIDERATION [70]

Counsel make their appearances. The Court and counsel confer. The Court hears argument on the motions. The Motion to Remand (Doc. No. 65) is DENIED. The Motion for Reconsideration (Doc. No. 70) is GRANTED. A separate order will issue.

IT IS SO ORDERED.

00 : 13

Initials of Preparer  MG