JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (EASTERN DIVISION)

| | |
|---|---|
| AMY COX, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LB LENDING, LLC, a Nevada limited liability company; and MACOY CAPITAL PARTNERS, INC., a California corporation,<br><br>Defendants. | Case No. 5:17-CV-01580 JGB (SPx)<br><br>ORDER GRANTING DISMISSAL WITH PREJUDICE |

**ORDER**

Based on the parties' Stipulation of Dismissal, it is hereby **ORDERED** that:

1. All claims in the above-captioned action, including the removed state court actions, Riverside County Superior Court Case No. PSC17069987 and Case No. PSC1801169 are dismissed in their entirety with prejudice; and

2. Each party is to bear its/her own fees and costs.

**IT IS SO ORDERED**.

Dated: August 29, 2018

_____
The Honorable Jesus G. Bernal
U.S. District Court Judge
Central District of California

1